Cynthia L. ROBINSON,
Plaintiff–Appellant,

v.

EQUIFAX INFORMATION SERVICES, LLC, Speedway Super American, LLC, Defendants–Appellees.

No. 05–14646

United States Court of Appeals,
Eleventh Circuit.

Oct. 18, 2006.

Earl Price Underwood, Jr., James Donnie Patterson, Law Office of Earl P. Underwood, Fairhope, AL, for Plaintiff–Appellant.

Heather R. Guidry, P. Russel Myles, McDowell, Knight, Roedder & Sledge, LLC, Mobile, AL, for Defendants–Appellees.

Before ANDERSON and DUBINA,

Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

The judgment of the district court is affirmed because plaintiff has failed to prove causation for the reasons fully discussed at oral argument.

**AFFIRMED.**